IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DR. RAGHAV HAMPAPUR            )
VENKATNARAYAN,                 )
                               )
            Plaintiff,         )
                               )
    v.                         )        1:23-cv-256
                               )
UR MENDOZA JADDOU, Director    )
of United States Citizenship   )
and Immigration Services,      )
                               )
            Defendant.         )

### ORDER

The matter is before this court for review of the Memorandum Opinion and Recommendation ("Recommendation") filed on August 30, 2024, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 19.) In the Recommendation, the Magistrate Judge recommends that Defendant's motion for summary judgment should be granted, and that Plaintiff's motion for summary judgment should be denied. The Recommendation was served on the parties in this action on August 30, 2024. (Doc. 20.) Plaintiff timely filed objections, (Doc. 21), to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is

made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 19), is **ADOPTED. IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment, (Doc. 14), is **GRANTED,** and that Plaintiff's Motion for Summary Judgment, (Doc. 11), is **DENIED.**

A Judgment dismissing this action will be filed contemporaneously herewith.

This the 20th day of September, 2024.

　　　　　　　　　　　　　　　　／s／ William L. Osteen, Jr.
　　　　　　　　　　　　　　　　United States District Judge